UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                            :
CARTILDA IFEOMA AGBO,                     :
                    Plaintiff,    :
                                           :   24 Civ. 9163 (LGS)
             -against-                :
                                           :   **ORDER**
ALEJANDRO MAYORKAS, et al.,    :
                    Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Complaint in this action was filed on December 5, 2024.

      WHEREAS, Plaintiff has not filed proof of service, and no Defendant has appeared or responded to the Complaint.

      WHEREAS, Federal Rule of Civil Procedure 4(m) provides that, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless the plaintiff "shows good cause for the failure." If the plaintiff does show good cause, the court must extend the time for service. Fed. R. Civ. P. 4(m). It is hereby

      **ORDERED** that, by March 17, 2025, Plaintiff shall file proof of service or a letter explaining whether good cause exists for her failure to serve Defendants.

Dated: March 11, 2025
       New York, New York

                                               LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE