UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
CARTILDA IFEOMA AGBO,                                        :
                                    Plaintiff,               :
                                                             :    24 Civ. 9163 (LGS)
            -against-                                        :
                                                             :    **ORDER**
ALEJANDRO MAYORKAS, et al.,                                  :
                                    Defendants.              :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 11, 2025, required Plaintiff to file proof of service or a status letter explaining whether good cause exists for her failure to serve Defendants by March 17, 2025.

WHEREAS, Plaintiff failed to file proof of service or a status letter by March 17, 2025. It is hereby

**ORDERED** that Plaintiff shall file proof of service or a status letter explaining good cause for her failure to serve Defendants by **March 26, 2025**.

Dated: March 21, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE