UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                                                    :
CARTILDA IFEOMA AGBO,                                  :
                                  Plaintiff,    :
                                                      :        24 Civ. 9163 (LGS)
                           -against-                     :
                                                      :        **ORDER**
ALEJANDRO MAYORKAS, et al.,                 :
                                      Defendants. :
------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated March 11, 2025, required Plaintiff to file proof of service or a status letter explaining whether good cause exists for her failure to serve Defendants by March 17, 2025. Plaintiff filed neither proof of service nor a status letter by March 17, 2025.

       WHEREAS, the Order dated March 21, 2025, required Plaintiff to file proof of service or a status letter explaining whether good cause exists for her failure to serve Defendants by March 26, 2025. Plaintiff filed neither proof of service nor a status letter by March 26, 2025.

       WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service or a status letter explaining good cause for her failure to serve Defendant on the docket. It is hereby

       **ORDERED** that Plaintiff shall file proof of service or a status letter explaining good cause for her failure to serve Defendants by **April 2, 2025**. If Plaintiff files neither proof of service nor a letter explaining good cause for her failure to serve Defendants by April 2, 2025, the case will be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

Dated: March 27, 2025
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                     UNITED STATES DISTRICT JUDGE