```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CARTILDA IFEOMA AGBO,                                       :
                                    Plaintiff,              :
                                                            :           24 Civ. 9163 (LGS)
              -against-                                     :
                                                            :                ORDER
ALEJANDRO MAYORKAS, et al.,                                 :
                                    Defendant.              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Complaint was filed December 5, 2024.

WHEREAS, the Order dated March 11, 2025, required Plaintiff to file proof of service or a letter explaining whether good cause exists for her failure to serve Defendants by March 17, 2025.  Plaintiff filed neither proof of service nor a letter explaining whether good cause exists for her failure to serve Defendants by March 17, 2025.

WHEREAS, the Order dated March 21, 2025, required Plaintiff to file proof of service or a letter explaining whether good cause exists for her failure to serve Defendants by March 26, 2025.  Plaintiff filed neither proof of service nor a letter explaining whether good cause exists for her failure to serve Defendants by March 26, 2025.

Whereas, the Order dated March 27, 2025, required Plaintiff to file proof of service or a letter explaining whether good cause exists for her failure to serve Defendants by April 2, 2025.  The Order also warned that if Plaintiff failed to do so, "the case will be dismissed pursuant to Federal Rule of Civil Procedure 4(m)."  Plaintiff filed neither proof of service nor a letter explaining whether good cause exists for her failure to serve Defendants by April 2, 2025.

WHEREAS, Defendant has not appeared, and Plaintiff has not filed proof of service on the docket.

WHEREAS, Plaintiff has not submitted any filings on the docket since March 9, 2025.  It is hereby

**ORDERED** that this action is **DISMISSED** without prejudice for failure to serve the Complaint pursuant to Federal Rule of Civil Procedure 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

Dated:  April 4, 2025
         New York, New York

                                                       _____
                                                       LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE